UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CR-21-152-CBG |
| ) | |
| GORDON LEE MYERS, ) | |
| a/k/a Rick Lee Myers, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 37), filed September 15, 2021.  The Government cites Defendant's state-court criminal proceedings and pending incarceration as its basis for dismissal.  The Government further recites that Defendant does not object to its request.

Having considered the Government's argument and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED.  *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 21) filed May 12, 2021, charging Defendant Gordon Lee Myers, a/k/a Rick Lee Myers, with violation of Title 18, United States Code, Sections 2241(c), 2243, 2246(2)(A), 1151, and 1153, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
CHARLES B. GOODWIN
United States District Judge